[No. 8059–8–I.   Division One.   November 17, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
WAYNE McCLELLAND, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88711, Norman B. Ackley, J., entered September 27, 1979. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Swanson and Andersen, JJ.

[No. 7427–0–I.   Division One.   November 17, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. CARL
JOSEPH PIRSCHER, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 10057, Marshall Forrest, J., entered
February 2, 1979. *Affirmed* by unpublished opinion per
Callow, C.J., concurred in by Swanson and Andersen, JJ.

[No. 8012–1–I.   Division One.   November 17, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY
HAROLD LUMBERG, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 90650, Francis E. Holman, J., entered September 13, 1979. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Williams and Andersen, JJ.

[No. 4121–II.   Division Two.   November 17, 1980.]

THE STATE OF WASHINGTON, *Appellant,* v. ROBERT
L. BARNES, *Respondent.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 6668, Alan R. Hallowell, J., entered
May 18, 1979. *Affirmed* by unpublished opinion per Reed,
C.J., concurred in by Pearson and Petrich, JJ.